| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Balance Point LLC** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **86-3295908** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**  **19799 SW 95th Avenue**  **Suite B**  **Tualatin, OR 97062**  Number, Street, City, State & ZIP Code  **Washington**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **Balance Point LLC**                  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **Balance Point LLC**                                           Case number (*if known*)
           Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | **MECTA Corporation** | Relationship **Affiliate** |
| District | **Delaware** | When ___ Case number, if known ___ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? ___

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ___

**Where is the property?** ___
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency ___
            Contact name ___
            Phone ___

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor      **Balance Point LLC**_____      Case number (*if known*)_____
          <sub>Name</sub>

**16. Estimated liabilities**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Balance Point LLC**                                    Case number (*if known*) _____
            Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 30, 2021**
                       MM / DD / YYYY

**X** **/s/ Robin H. Nicol**                                          **Robin H. Nicol**
Signature of authorized representative of debtor                      Printed name

Title  **President of sole member, MECTA Corporation**

**18. Signature of attorney**

**X** **/s/ Shanti M. Katona**                                        Date  **September 30, 2021**
Signature of attorney for debtor                                            MM / DD / YYYY

**Shanti M. Katona 5352**
Printed name

**Polsinelli PC**
Firm name

**222 Delaware Avenue**
**Suite 1101**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **(302) 252-0920**       Email address  **skatona@polsinelli.com**

**5352 DE**
Bar number and State

**WRITTEN CONSENT OF THE SOLE MEMBER**
**OF BALANCE POINT LLC**
September 30, 2021

The undersigned, constituting the sole member (the "**Member**") of Balance Point LLC, a Delaware limited liability company (the "**Company**"), and in accordance with the Limited Liability Company Agreement of the Company, as may be amended from time to time, hereby consents to, approves, and adopts the following resolutions:

**A.    Chapter 11 Filing**

**WHEREAS**, the Member has reviewed and considered the Company's financial and operational condition, historical performance and current and long-term liabilities of itself and its affiliates, as well as relevant industry conditions, and have considered various alternatives in respect of such matters;

**WHEREAS**, the Member has considered presentations by the financial and legal advisors of the Company and its affiliates regarding the liabilities and liquidity situation, the strategic alternatives available and the effect of the foregoing on the Company's business; and

**WHEREAS**, the Member has had the opportunity to consult with the financial and legal advisors of the Company and fully consider each of the strategic alternatives available to the Company.

**NOW, THEREFORE, IT IS**

**RESOLVED**, that in the judgment of the Member, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief for the Company under the provisions of Subchapter V of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in a court of proper jurisdiction; and it is further

**RESOLVED**, that Robin Nicol and Adrian Kettering (collectively, the "**Authorized Individuals**"), acting alone or with one or more other Authorized Individuals be, and they hereby are, authorized, empowered and directed to execute and file on behalf of the Company the petition, schedules, lists and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and it is further

**RESOLVED**, that the Authorized Individuals, acting alone or with one or more other Authorized Individuals, be, and they hereby are, authorized, empowered and directed to certify the authenticity of these resolutions.

**B.    Retention of Professionals**

**IT IS FURTHER RESOLVED**, that each of the Authorized Individuals be, and they hereby are, authorized and directed to employ the law firm of Polsinelli PC as counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and

all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Individuals, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Polsinelli PC; and it is further

**RESOLVED**, that each of the Authorized Individuals be, and they hereby are, authorized and directed to employ Wyse Advisors LLC ("**Wyse**") as financial advisor to assist the Company in carrying out its duties under the Bankruptcy Code and all related matters, and any prior actions taken in connection therewith are hereby ratified in their entirety, including entry into any agreement among the Company and Wyse, to provide management services to the Company; and it is further

**RESOLVED**, that each of the Authorized Individuals be, and they hereby are, authorized and directed to employ Bankruptcy Management Solutions, Inc. d/b/a Stretto ("**Stretto**") as notice, claims, and balloting agent and as administrative advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Individuals, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Stretto; and it is further

**RESOLVED**, that each of the Authorized Individuals be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Individuals, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and it is further

**RESOLVED**, that each of the Authorized Individuals be, and they hereby are, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Individuals deem necessary, proper, or desirable in connection with the bankruptcy, with a view to the successful prosecution of such cases.

**RESOLVED,** that in addition to the specific authorizations heretofore conferred upon the Authorized Individuals, each of the Authorized Individuals (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or Individuals' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED,** that the Member has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice; and it is further

**RESOLVED,** that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Member; and it is further

**RESOLVED,** that each of the Authorized Individuals (and their designees and delegates) be and hereby are authorized and empowered to take all actions or to not take any action in the name of the Company with respect to the transactions contemplated by these resolutions hereunder as the sole member or managing member of each direct subsidiary of the Company, in each case, as such Authorized Officer shall deem necessary or desirable in such Authorized Individual's reasonable business judgment as may be necessary or appropriate to effectuate the purposes of the transactions contemplated herein.

This Consent may be signed in one or more counterparts, each of which shall be deemed an original, and all of which shall constitute one instrument.

**IN WITNESS WHEREOF**, the undersigned has executed this Consent effective as of the date first set forth above.

                                                    **SOLE MEMBER:**

                                                    MECTA Corporation

                                                    */s/ Robin H. Nicol*
                                                    Robin H. Nicol, President

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Balance Point LLC, *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 21-[_____]<br><br>(Joint Administration Pending) |

## **DECLARATION PURSUANT TO 11 U.S.C. § 1116(1)(B) AND 11 U.S.C. § 1187(a)**

Pursuant to 28 U.S.C. § 1764, Robin H. Nicol, declares as follows under the penalty of perjury:

    1.    I am the President of MECTA Corporation, the sole member of Balance Point LLC ("**BP**"). In this capacity, I am very familiar with BP's day-to-day operations and affairs. I am authorized by BP to submit this Declaration ("**Declaration**"), and if called upon to testify, I would testify competently to the facts set forth herein.

    2.    On the date hereof (the "**Petition Date**"), BP and MECTA Corporation (collectively, the "**Debtors**") filed voluntary petitions for relief under subchapter V of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). I submit this Declaration on behalf of BP in accordance with Bankruptcy Code sections 1116(1)(B) and 1187(a).

    3.    BP has never prepared a balance sheet, statement of operations, and/or cash-flow statement. Similarly, BP has never prepared a federal income tax return. Accordingly, these documents do not exist and are, thus, not attached to BP's voluntary petition.

---

[1] The Debtors in these subchapter V cases, along with the last four digits of each Debtor's federal tax identification number, are Balance Point LLC (5908) and MECTA Corporation (8275). The Debtors' mailing address is 19799 SW 95th Avenue, Suite B, Tualatin, Oregon 97062.

2

I declare under penalty of perjury, pursuant to section 1746 of title 28 of the United States Code, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: September 30, 2021

                                        **BALANCE POINT LLC**

                                        SOLE MEMBER:

                                        MECTA Corporation

                                        */s/ Robin H. Nicol*
                                        Robin H. Nicol, President

2

**Fill in this information to identify the case:**

Debtor name  **Balance Point LLC**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule* _____
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 30, 2021**     X **/s/ Robin H. Nicol**
                                        Signature of individual signing on behalf of debtor

                                        **Robin H. Nicol**
                                        Printed name

                                        **President of sole member, MECTA Corporation**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __Balance Point LLC, et al.__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | UMPQUA Bank<br>445 SE Main St<br>Roseburg, OR 97470 | | PPP Loan | | | | $194,581.00 |
| 2 | Digi-Key<br>PO Box 250<br>Thief River Falls, MN 56701-0250 | Amie Barth<br>P: 800-344-4539 | Trade Vendor | | | | $22,813.37 |
| 3 | TLF Logistics II Tualatin Corp<br>c/o Trammell Crowe Company<br>8625 SW Cascade Ave<br>Beaverton, OR 97008 | P: 503-644-9400 | Lease | | | | $15,728.58 |
| 4 | ICO Rally<br>2575 E Bayshore Rd<br>Palo Alto, CA 94303 | AR Dept.<br>P: 650-856-9900<br>F: 650-856-8378 | Trade Vendor | | | | $14,968.25 |
| 5 | Mouser Electronics<br>PO Box 99319<br>Fort Worth, TX 76199-0319 | Payment Processing Center<br>P: 800-346-6873 | Trade Vendor | | | | $8,833.31 |
| 6 | TTI<br>PO Drawer 99111<br>Fort Worth, TX 76199-0111 | P: 503-684-3707 | Trade Vendor | | | | $6,106.10 |
| 7 | Health Canada MDEL<br>P/L 1918B, Rm 1804B<br>161 Goldenrod Drwy<br>Ottawa, ON K1A 0K9<br>Canada | | Regulatory | | | | $4,590.00 |
| 8 | American Electronic Resource Inc.<br>3184 Airway Ave, Bldg A<br>Costa Mesa, CA 92626 | P: 714-384-4370 | Trade Vendor | | | | $2,956.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  **Balance Point LLC, et al.**    Case number (*if known*)_____
         Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | **National Precision (BISCO)**<br>PO Box 68062<br>Anaheim, CA 92817 | AR Dept.<br>P: 714-693-3670 | Trade Vendor | | | | $2,345.00 |
| 10 | **URS Electronics**<br>PO Box 14040<br>Portland, OR 97293 | P: 503-820-6105 | Trade Vendor | | | | $2,079.30 |
| 11 | **HEILIND**<br>PO Box 41117<br>Los Angeles, CA 90074-1117 | AR Dept.<br>P: 408-748-1324 | Trade Vendor | | | | $1,937.01 |
| 12 | **Allied Electronics**<br>PO Box 841811, Dallas Lockbox<br>Dallas, TX 75284-1811 | | Trade Vendor | | | | $1,240.96 |
| 13 | **Cynthia Hutchinson**<br>c/o Baum Hedland<br>10940 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90024 | Bijan Esfandiari<br>P: 310-207-3233<br>F: 310-820-7444<br>besfandiari@baumhedulimdlaw.com | Litigation | Contingent, Unliquidated, Disputed | | | **Unliquidated** |
| 14 | **Jennifer Moore**<br>c/o Baum Hedland<br>10940 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90024 | Bijan Esfandiari<br>P: 310-207-3233<br>F: 310-820-7444<br>besfandiari@baumhedulimdlaw.com | Litigation | Contingent, Unliquidated, Disputed | | | **Unliquidated** |
| 15 | **John Whitsitt**<br>c/o Baum Hedland<br>10940 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90024 | Bijan Esfandiari<br>P: 310-207-3233<br>F: 310-820-7444<br>besfandiari@baumhedulimdlaw.com | Litigation | Contingent, Unliquidated, Disputed | | | **Unliquidated** |
| 16 | **Kari Lynn Stephens Marra**<br>c/o Baum Hedland<br>10940 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90024 | Bijan Esfandiari<br>P: 310-207-3233<br>F: 310-820-7444<br>besfandiari@baumhedulimdlaw.com | Litigation | Contingent, Unliquidated, Disputed | | | **Unliquidated** |
| 17 | **Kelly Tiedemann**<br>c/o Baum Hedland<br>10940 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90024 | Bijan Esfandiari<br>P: 310-207-3233<br>F: 310-820-7444<br>besfandiari@baumhedulimdlaw.com | Litigation | Contingent, Unliquidated, Disputed | | | **Unliquidated** |
| 18 | **Rochelle Herrera**<br>c/o Baum Hedland<br>10940 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90024 | Bijan Esfandiari<br>P: 310-207-3233<br>F: 310-820-7444<br>besfandiari@baumhedulimdlaw.com | Litigation | Contingent, Unliquidated, Disputed | | | **Unliquidated** |
| 19 | **Rosita Healy**<br>c/o Baum Hedland<br>10940 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90024 | Bijan Esfandiari<br>P: 310-207-3233<br>F: 310-820-7444<br>besfandiari@baumhedulimdlaw.com | Litigation | Contingent, Unliquidated, Disputed | | | **Unliquidated** |
| 20 | **Sallie Snyder**<br>c/o Baum Hedland<br>10940 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90024 | Bijan Esfandiari<br>P: 310-207-3233<br>F: 310-820-7444<br>besfandiari@baumhedulimdlaw.com | Litigation | Contingent, Unliquidated, Disputed | | | **Unliquidated** |

# United States Bankruptcy Court
### District of Delaware

In re  **Balance Point LLC**                                                      Case No.
                        Debtor(s)                                                  Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **MECTA Corporation**<br>**19799 SW 9th Avenue**<br>**Suite B**<br>**Tualatin, OR 97062** | | **100%** | **Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President of sole member, MECTA Corporation** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 30, 2021**                    Signature  **/s/ Robin H. Nicol**
                                                           **Robin H. Nicol**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Delaware

In re  **Balance Point LLC**

Debtor(s)

Case No.

Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Balance Point LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**MECTA Corporation**
**19799 SW 9th Avenue**
**Suite B**
**Tualatin, OR 97062**

☐ None [*Check if applicable*]

| | |
|---|---|
| **September 30, 2021** | **/s/ Shanti M. Katona** |
| Date | **Shanti M. Katona 5352** |
| | Signature of Attorney or Litigant |
| | Counsel for **Balance Point LLC** |
| | **Polsinelli PC** |
| | **222 Delaware Avenue** |
| | **Suite 1101** |
| | **Wilmington, DE 19801** |
| | **(302) 252-0920 Fax:(302) 252-0921** |
| | **skatona@polsinelli.com** |